# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SAM GARAMENDI

                                    CASE NO.  CV 09-4868 JSW

                Plaintiff(s),

        v.                              STIPULATION AND [PROPOSED]
FERNDALE UNIFIED SCHOOL                 ORDER SELECTING ADR PROCESS
DISTRICT; et al

                Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 1/12/10                          _____
                                        Attorney for Plaintiff

Dated: .01/12/10                        _____
                                        Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

~~Non-binding Arbitration~~

~~Early Neutral Evaluation (ENE)~~

Mediation

~~Private ADR~~

Deadline for ADR session

90 days from the date of this order.

~~other~~

IT IS SO ORDERED.

Dated:   January 14, 2010

UNITED STATES DISTRICT        JUDGE