IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM GARAMENDI,

    Plaintiff,

No. C 09-04868 JSW

v.

FERNDALE UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

**ORDER (1) REQUESTING CONSENT AND (2) CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

    The parties are directed to meet and confer regarding reassignment and to file, on or before February 16, 2010, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

///
///
///
///
///

The Court FURTHER ORDERS that the Case Management Conference currently scheduled for February 5, 2010 is CONTINUED to March 19, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE