1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAM GARAMENDI,

10              Plaintiff,                         No. C 09-04868 JSW

11        v.

12   FERNDALE UNIFIED SCHOOL DISTRICT,        **ORDER (1) REQUESTING
                                              CONSENT AND (2) CONTINUING
13              Defendant.                     CASE MANAGEMENT
     _____/         CONFERENCE**

14

15          The Court has identified this action as one that appears suitable for reassignment to

16   Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all

17   future proceedings.  Such reassignment has the potential to result in greater convenience to the

18   parties and more expeditious disposition of the matter on the merits.

19          The parties are directed to meet and confer regarding reassignment and to file, on or

20   before February 16, 2010, a letter stating whether or not the parties request reassignment of this

21   matter to Magistrate Judge Vadas.  If the parties so request, the matter will be transferred.

22   The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the

23   form requested by Magistrate Judge Vadas.

24   ///

25   ///

26   ///

27   ///

28   ///

*United States District Court*
For the Northern District of California

The Court FURTHER ORDERS that the Case Management Conference currently scheduled for February 5, 2010 is CONTINUED to March 19, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 4, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California